# UNITED STATES DISTRICT COURT
for
## Western District of Washington
### Petition for Warrant or Summons for Person Under Supervision

**Name:** Nathan Wheeler        **Case Number:** 3:23CR05256

**Name of Judicial Officer:** The Honorable David G. Estudillo, Chief United States District Judge

**Date of Original Sentence:** 10/24/2019      **Date of Report:** 01/30/2025

**Original Offense:** Ct. 1: Wire Fraud; Ct. 2: Attempt to Evade or Defeat Tax

**Original Sentence:** Cts. 1-2: 51 months of imprisonment (concurrent); 3 years of supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 07/21/2023

                **Date Supervision Expires:** 07/20/2026

**Assistant United States Attorney:** Unassigned    **Defense Attorney:** Unassigned

**Special Conditions Imposed:**

☒ Substance Abuse  ☒ Financial Disclosure  ☒ Restitution: $4,007,884.00

☒ Mental Health    ☐ Fine        ☐ Community Service

☒ Other: Submit to search; Do not engage in any form of gambling; Do not enter any casino or other establishment where gambling is the primary purpose; Make child support payments if ordered; You must maintain a single checking account; You must maintain proper debit, credit, and receipt ledgers for all business transactions; You must not application for any loan, or enter into any residential or business lease agreement without probation officer approval

## PETITIONING THE COURT

☐  To issue a warrant under seal

☐  To issue a summons

I allege Nathan Wheeler has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Committing the crime of driving under the influence on or about December 7, 2024, in violation of the mandatory condition that he not commit another federal, state, or local crime. |
| 2. | Consuming alcohol on or about December 7, 2024, in violation of a special condition of supervised release. |
| 3. | Entering an establishment where alcohol is the primary item for sale without first obtaining permission of the probation officer on or about December 7, 2024, in violation of a special condition of supervised release. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
    ☐ risk of flight.
    ☐ danger to community.

I swear under penalty of perjury that the
foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 30th day of January, 2025.

BY:

_____
Bailey Moren
United States Probation Officer

_____
Patrick E. Robertson
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
  (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer

February 3, 2025
_____
Date