IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR23-05256DGE |
| Plaintiff, | ) |
| | ) NOTICE OF APPEARANCE |
| vs. | ) |
| | ) |
| NATHAN WHEELER, | ) |
| | ) |
| Defendant. | ) |

Paula T. Olson, of the Law Office of Paula T. Olson, hereby enters her appearance on behalf of Defendant Nathan Wheeler.  Undersigned counsel asks that copies of all pleadings, filings, and orders be sent to the undersigned at the address listed below.

Dated this 4th day of February, 2025

/s/Paula T Olson
PAULA T. OLSON, Attorney for Def. Wheeler
Law Office of Paula T. Olson
4020 North Vassault Street
Tacoma, WA 98407
Office: 253-777-5716
Email: olsonlaw@nventure.com

Notice of Attorney Appearance
Page 1 of 1

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716 - office